IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01439-PSF-MJW

GOODWILL INDSTRIAL SERVICES CORPORATION, a Colorado nonprofit corporation,

    Plaintiff,

v.

COLORADO DIVISION OF VOCATIONAL REHABILITATION, a Colorado governmental agency;
KEVAN WORLEY, an individual;
BLACKSTONE CONSULTING, INC., a California corporation; and
SERVICESOURCES, INC., a Virginia nonprofit corporation,

    Defendants,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States government; and
THE UNITED STATES OF AMERICA,

    Defendants-Intervenors.

_____

**ORDER TO RESET SCHEDULING CONFERENCE**
_____

    THIS MATTER is before the Court *sua sponte*. The scheduling conference set for October 4, 2005 is RESET to **October 11, 2005 at 9:00 a.m.**

    DATED: September 20, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa

                                        _____
                                        Phillip S. Figa
                                        United States District Judge