IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01439-PSF-MJW

GOODWILL INDSTRIAL SERVICES CORPORATION, a Colorado nonprofit corporation,

    Plaintiff,

v.

COLORADO DIVISION OF VOCATIONAL REHABILITATION, a Colorado governmental agency;
KEVAN WORLEY, an individual;
BLACKSTONE CONSULTING, INC., a California corporation; and
SERVICESOURCES, INC., a Virginia nonprofit corporation,

    Defendants,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States government; and
THE UNITED STATES OF AMERICA,

    Defendants-Intervenors.

## SUPPLEMENTAL ORDER ON MOTION TO DISMISS

THIS MATTER is before the Court *sua sponte*. On October 19, 2005, in open court the Court denied the Motion to Dismiss filed by Defendant Committee for Purchase from People Who Are Blind or Severely Disabled ("Committee") (Dkt. # 41), finding that this Court had subject matter jurisdiction to hear plaintiff's complaint. Upon reconsideration, the holding in the Order stands, but the Court withdraws that part of its findings that jurisdiction in this Court is proper under the Administrative Dispute

Resolution Act, 29 U.S.C. § 1491(b)(1) ("ADRA"), as it appears that the jurisdictional provision of that statute has been subject to "sunset" insofar as the ADRA vested jurisdiction in the district courts. All other findings made orally at the October 19, 2005 hearing remain in force and effect.

DATED: October 21, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge