IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01439-PSF-MJW

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit corporation,

    Plaintiff,

v.

BLACKSTONE CONSULTING, INC., a California corporation;
KEVAN WORLEY, an individual;
COLORADO DIVISION OF VOCATIONAL REHABILITATION, a Colorado governmental agency; and
SERVICESOURCE, INC., a Virginia nonprofit corporation,

    Defendants,

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States government; and THE UNITED STATES OF AMERICA.

---

~~Proposed~~ Order Granting Defendants' Kevan Worley and Blackstone Consulting Inc.'s Unopposed Motion to Reconsider Minute Order of November 1, 2005 ( Docket no. 70 )

---

This matter is before the Court pursuant to Defendants' Kevan Worley ("Worley") and Blackstone Consulting Inc. ("Blackstone") Motion to Reconsider the Minute Order of November 1, 2005 for failure to comply with D.C. COLO LCivR 7.1 A.

After reviewing the matter, it is hereby order that Worley and Blackstone may attend the Settlement Conference scheduled for November 9, 2005 via telephone.

Dated this 4Th day of November, 2005.

BY THE COURT
~~United States District Judge Phillip W. Figa~~

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE