IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01439-PSF-MJW

GOODWILL INDUSTRIAL SERVICES CORPORATION,

    Plaintiff,

v.

COLORADO DIVISION OF VOCATIONAL REHABILITATION,
    a Colorado governmental agency;
KEVAN WORLEY, an individual;
BLACKSTONE CONSULTING, INC., a California corporation; and
SERVICESOURCE, INC., a Virginia nonprofit corporation.

    Defendants,

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND
OR SEVERELY DISABLED, an agency of the United States government; and
THE UNITED STATES OF AMERICA,

    Defendants-Interveners.

## ORDER ON BRIEFING SCHEDULE

The Court, having reviewed the Unopposed Statement of Proposed Briefing Schedule (Dkt. # 100) filed by Defendant-Interveners United States of America and the Committee for Purchase from People Who are Blind or Severely Disabled, and being fully advised of its premises, hereby

ORDERS that a certified administrative record shall be submitted on or before February 27, 2006;

ORDERS that Plaintiff Goodwill Industrial Services Corporation, Inc., shall file an opening brief on or before March 21, 2006;

ORDERS that Defendant-Interveners United States of America and the Committee for Purchase from People Who are Blind or Severely Disabled shall file a response brief on or before April 10, 2006;

ORDERS that if Defendants Division of Vocational Rehabilitation, Kevan Worley, Blackstone Consulting, Inc., and ServiceSource, Inc., choose to file a response brief, such response brief shall also be filed on or before April 10, 2006; and

ORDERS that Plaintiff Goodwill Industrial Services Corporation, Inc., shall file a reply brief on or before April 25, 2006.

DATED: January 31, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge