IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01439-PSF-MJW

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit organization,

      Plaintiff,

v

COLORADO DIVISION OF VOCATIONAL REHABILITATION, A Colorado governmental agency,
KEVAN WORLEY, an individual
BLACKSTONE CONSULTING, INC., a California corporation,
SERVICESOURCE, INC., a Virginia nonprofit corporation,

      Defendants.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States Government, and
THE UNITED STATES OF AMERICA,

      Defendants-Intervenors.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO ATTEND BY TELEPHONE**
(Docket No. 14)

---

THIS COURT, having considered Defendant ServiceSource's Unopposed Motion for Leave to Attend by Telephone [102] and is fully advised in the premises, does hereby

ORDER that the Motion is GRANTED. Defendant ServiceSource shall attend the Settlement Conference set on March 6, 2006 by telephone. The court's phone number is (303) 844-2403

DATED: February 9th, 2006.

                              BY THE COURT:

                              ~~United States District Court Judge~~

                              MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE