IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1439-PSF-MJW

GOODWILL INDUSTRIAL SERVICES CORPORATION,
a Colorado nonprofit corporation,

    Plaintiff,

v.

BLACKSTONE CONSULTING, INC., a California corporation;
KEVAN WORLEY, a Colorado resident;
COLORADO DIVISION OF VOCATIONAL REHABILITATION,
a Colorado governmental agency; and
SERVICESOURCE, INC., a Virginia nonprofit corporation,

    Defendants,

and

COMMITTEE FOR PURCHASE FROM PEOPLE
WHO ARE BLIND OR SEVERELY DISABLED,
an agency of the United States government; and
THE UNITED STATES OF AMERICA,

    Defendants-Interveners.

**ORDER SUSPENDING BRIEFING DEADLINES AND
SETTING STATUS CONFERENCE**

The Court, having reviewed plaintiff's Unopposed Motion to Suspend Briefing Deadlines and Set Status Conference (Dkt. # 124) filed May 19, 2006, and being fully advised in the premises, does hereby

GRANT the Motion. The briefing deadlines set by the Court's Minute Order dated April 6, 2006 (Dkt. # 118) are suspended. A status conference is set for **Friday, May 26, 2006 at 10:30 a.m.**

DATED: May 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge