IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01439-PSF-MJW

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit corporation,

    Plaintiff,

v.

COLORADO DIVISION OF VOCATIONAL REHABILITATION, a Colorado governmental agency;
KEVAN WORLEY, an individual;
BLACKSTONE CONSULTING, INC., a California corporation; and
SERVICESOURCE, INC., a Virginia nonprofit corporation,

    Defendants,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States government; and
THE UNITED STATES OF AMERICA,

    Defendants-Intervenors.

_____

**ORDER OF DISMISSAL**
_____

    The Court having reviewed the Stipulation of Dismissal of Case With Prejudice (Dkt. # 130) filed jointly by all the parties to the above-captioned action, and being fully advised of its premises, hereby

    ORDERS that the above-captioned civil action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

    DATED: July 10, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge